UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-2042(JMR/FLN)

William L. Lifson )
)
v. ) ORDER
)
Sandra Fielder and Aventis )
Bio-Services, Inc. )

Plaintiff brought suit against defendants in Hennepin County District Court. On November 8, 2001, defendants removed the action to federal court on the basis of diversity jurisdiction. The parties have since stipulated that any damages awarded in this case will be less than $75,000.00.

Accordingly, based on the parties' agreement, the matter is remanded to the Hennepin County District Court.

IT IS SO ORDERED.

Dated: December 12th, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
DEC 17 2001
JUDGEMENT ENTERED DEC 17 2001
DEPUTY CLERK'S INITIALS ______